FANNY MORRIS and HARRY MORRIS, Appellants, v. ABRAHAM LUDWIG and MINNIE LUDWIG, Respondents.— The plaintiff wife sought to recover damages for personal injuries resulting from a fall on the upper stairway of a two-family house. She had been a tenant on the top floor for about a year, and the negligence alleged was the failure of the landlords to furnish light on the stairway, which was claimed to be of a peculiarly dangerous construction. The plaintiff husband sued for loss of services. The complaint was dismissed at the close of plaintiffs' case. Judgment affirmed, with costs. No opinion. Lazansky, P. J., Carswell, Johnston and Adel, JJ., concur; Close, J., dissents, votes to reverse the judgment and to grant a new trial upon the ground that on the facts disclosed the stairway upon which the accident occurred was a common way under the control of the landlord.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK FOX and SMITHTOWN ESTATES, INC., Respondents, v. JOSEPH McDONALD and Others, as Assessors of the Town of Smithtown, Suffolk County, New York, Appellants.— Order denying a motion by the appellants to dismiss the petition and quash a writ of certiorari, by which it is sought to review certain assessments of the real estate of the respondents, reversed on the law and the facts, without costs, and the matter remitted to the Special Term to take testimony and determine as a question of fact whether or not the respondents' objections were filed as required by law. While upon a motion to quash a writ of certiorari all the allegations of the petition are deemed to be admitted, we feel that the preliminary determination of the question raised by the affidavits herein may make unnecessary a protracted and expensive litigation. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.